**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1259**

RIDDICK WALLING, JR.,

Plaintiff - Appellant,

v.

THE STATE ACCIDENT FUND; PETER LEVENTIS; KRISTEN KIMENY, State Accident Funds Adjuster; JACKIE WILLIAMS, State Accident Funds Adjuster; MARION TRYON FACE, State Accident Funds Adjuster; S. LEANNE MCCORMACK, State Accident Funds Adjuster; WILLIAM SHIPLEY, State Accident Funds Adjuster; LANCE SIMS, State Accident Funds Adjuster; EDWARD TAVEL, State Accident Funds Adjuster; JOSEPH EDWARD NOLAND, State Accident Funds Adjuster; DANIAL NEMETH, State Accident Funds Adjuster; LOUIS F. PLZAK, State Accident Funds Adjuster; JOSEPH P. TOBIN, State Accident Funds Adjuster; DAVID BROSMAN, State Accident Funds Adjuster; THOMAS BUD DUC, State Accident Funds Adjuster; MICHELLE BECKNELL, State Accident Funds Adjuster; AVERY B. WILKERSON, JR., State Accident Funds Adjuster; GENE MCCASKILL, State Accident Funds Adjuster; DYANA LOWNDES-ROSEN, State Accident Funds Adjuster,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:15-cv-04448-DCN)

Submitted: August 18, 2016          Decided: August 22, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

---

Riddick Walling, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riddick Walling, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Walling's informal brief does not challenge the basis for the district court's disposition, Walling has forfeited appellate review of the court's order. See Jackson v. Lightsey, 775 F.3d 170, 177 (4th Cir. 2014) (noting court's review is limited to issues preserved in informal brief); Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004) (deeming abandoned issue not raised in brief). We also find that this appeal is frivolous. Accordingly, we deny all outstanding motions, and we dismiss the appeal for the reasons stated by the district court. Walling v. The State Accident Fund, No. 2:15-cv-04448-DCN (D.S.C. Feb. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED